MARCH  25TH, 2015

FOURTH COURT OF APPEALS DISTRICT

CADENA-REEVES JUSTICE CENTER

300 DOLOROSA, SIUTE 3200

SAN ANTONIO, TEXAS 78025-3037



RE;  Court Of Appeals Number; 04-13-00569-CR

Trial Court Case Number B11614

Style; Kristi Rene Nix

V

The State Of Texas

Dear Judges

I was ordered to go to a just cause hearing  on march 23rd 2015 that my probation officer set for motion to revoke.During the hearing Judge Emerson asked what was going on with the appeal because my probation officer jeannie burlingson could not answer Judge Emersons questions District Attorney Scott Monroe stepped up to the judges bench and stated that i was going to be mandated.

I would like to know how Mr. Monroe knows that my sentence will be mandated when the 4th Court Of Appeals has not made a decission yet.

Because of this i called the 4th Court of this and was told that there had been no decission made as of March 23rd 2015.

When i gave  Judge Emerson the Evidence of me being taken off probation on March 28th 2014  and ordered back on in August after 5 months of being off he was shocked and knew that was not right or legal.

The reason for the show cause hearing to revoke was  because i am due to be off probation June 5th 2015. My probation officer Jeannie Burlingson said i had missed 6 UA's since the time she put be back on probation WHICH IS NOT TRUE.I have only been back on Since the end of Aug 2015. So i have only had 7.

She gave me permission to go to San Antonio to meet and have a conciltation with a divorce attorney on day of UA. I brought my witness to this to the hearing, she heard Mrs. Burlingson tell me i could go and it was excused.

My Febuary appointment my feet and hands were so swallon i could not stand on my feet or feel them to drive and i could not take down or pull up my clothing let alone grip a steering wheel. Its due to my disease and 20 degree weather with no heat. i live 30 minutes from kerrville i almost died 2 years ago in a car accident. I will

not risk   my life or others to try to drive with no feeling in feet or hands in 20 degree weather and ice all over the roads.'

I called the probation officer that was filling in for Mrs. Burlingson and left 2 messages and never recieved a call back. I showed Judge Emerson the pictures i am sending you and he agreed.

She knew my brief was submitted on febuary 10th. On febuary 11th she ordered me to have a hair folicle done. she knows i am on disability and i have no money.She told me to fill out a financial statement   and i did. I told her my pump on my well went out and i had to have it fixed i had been without water for over 3 weeks.. i recieve $600 a month disability:

$92 court cost a month

$60 probation fee a month

$18 UA fee a month

$100 + for gas

$100 + for food month

$300 down payment to have water fixed(total to have fixed $2600 $100 a month payments. As of febuary 6th i was - $4.05 I didnt have a dime to pay for that. i am sending you the evidence i gave the judge. All i have is 2 months left as i have said previous it appears to me she is doing everything to make sure i get sent to safe pete and not off probation . By taking me off probation and by there own paper work and then treating me   with arrest and ordering back on THAT IS DOUBLE JEOPARDY. Mrs. Burlingson saying i havent gone to 6 UAS i am sending you there payment record and you can see for yourself i have been charged and payed for going to my UA's and being taken off and being put back on. This has gone BEYOND RIDICULAS. THIS IS PURE OUT .

If she was so sure i was not complying with the terms of probation she would have been coming out to my house for home visits   BUT SHE HAS ONLY BEEN TO MY HOUSE THREE TIMES IN 3 YRS.

So i am sending you everything i have shown Judge Emerson. I have complied with everything i have been asked to do

RESPECTFULLY

KRISTI NIX

|         |          |          |                |          |
|---------|----------|----------|----------------|----------|
|         |          |          | URINALYSIS     | $18.00   |
| 162475  | 09/04/13 | $60.00   | PROBATION FEES | $60.00   |
| 163167  | 10/07/13 | $80.00   | PROBATION FEES | $60.00   |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $18.00   |
| 163858  | 11/08/13 | $80.00   | PROBATION FEES | $60.00   |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $18.00   |
| 164302  | 12/04/13 | $60.00   | PROBATION FEES | $60.00   |
| 164848  | 01/08/14 | $62.00   | PROBATION FEES | $60.00   |
|         |          |          | TRANS FEE      | $2.00    |
| 165636  | 02/14/14 | $62.00   | PROBATION FEES | $60.00   |
|         |          |          | TRANS FEE      | $2.00    |
| 166149  | 03/11/14 | $80.00   | PROBATION FEES | $60.00   |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $18.00   |
| 169506  | 09/12/14 | $62.00   | PROBATION FEES | $42.00   |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $18.00   |
| 170039  | 10/15/14 | $40.00   | PROBATION FEES | $2.00    |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $36.00   |
| 170054  | 10/16/14 | $20.00   | PROBATION FEES | $20.00   |
| 170393  | 11/06/14 | $120.00  | PROBATION FEES | $116.00  |
|         |          |          | TRANS FEE      | $4.00    |
| 170960  | 12/05/14 | $80.00   | PROBATION FEES | $60.00   |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $18.00   |
| 171680  | 01/27/15 | $49.00   | PROBATION FEES | $11.00   |
|         |          |          | TRANS FEE      | $2.00    |
|         |          |          | URINALYSIS     | $36.00   |
| 172001  | 02/06/15 | $106.00  | PROBATION FEES | $104.00  |
|         |          |          | TRANS FEE      | $2.00    |

*Handwritten notes:*
→ TAKEN off
→ PUt BAck on
1.
2
3
4

| TOTALS  |          | $2171.00 |

*Handwritten:* MArch UA Paid 5

*Handwritten notes (bottom):*

Excused = 1
Sick = 1
Swallon Hands & Feet

Taken = 5
+ negative

Total = 7

**Avvo (/)**          Q    ≡

Criminal defense (/topics/criminal-defense)

# If a person appeals their conviction and their on probation , does the terms of probation remain in effect while it is appealed

📍 Houston, TX I on Dec 20, 2013

Appeal, crime

## Attorney Answers 3



**Gary Churak**
Criminal Defense Attorney
📍 San Antonio, TX     ✓ TX licensed

(/attorneys/78232-tx-gary-churak-121914.html)

♥ Best answer

No, the appeal stays the sentence of probation until such time as the Court of Appeals renders sits opinion and a Mandate is issued.



**Erick Masten Platten**
Criminal Defense Attorney
📍 Tyler, TX     ✓ TX licensed

(/attorneys/75702-tx-erick-platten-64777.html)

Account

500284505   NIX KRISTI R

| | Branch | Acor Thru |
|---|---|---|
| | Balance | 03/17/2015 |
| | Status | 25.89 |
| | | Active |

**TCK HLD STP INST VSDN PPAY MEMO SCH TRF RCR WD10Pa PROs0 NtES**

| Main | History | Positive Pay | General | Credit Bureau | Maintenance | Balance | Stop/Hold/Tickler | Secondary |

KRISTI R NIX
PO BOX 293123
KERRVILLE TX 78029

CLINT NIX POD

TIN: 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
Date of Birth: 03/03/1961
Email: kristinnix61@hotmail.com
Cell Phone: (830)955-0504
Work Phone: (830)370-1722
Additional

CIF Comments
Location: KERRVILLE
Type: CB-FREE FUND
Statement Cycle: 40
Officer: MARGARET JOBES

Owner: Owner Type
Ownership Type: PERSONAL
Handling Code: NOT USED
# ATM Cards: ATM(01)

| Current Balance | | 25.89 |
|---|---|---|
| Proof | | 0.00 |
| Memo | | 19.04 |
| Adjusted Ledger | | 15.85 |
| Float (EFA) | | 0.00 |
| Current Collected | | 15.85 |
| Hold Amount | | 0.00 |
| Avail Dep Tfrs | | 0.00 |
| Unused LOC | | 0.00 |
| Current Available | | 15.85 |
| Current Balance | | 25.85 |
| Chrgs Accrued | | 0.00 |
| Earnings Due | | 0.00 |
| Memo/Proof | | 19.04 |
| LOC Balance | | 0.00 |
| Closing Amount | | 15.85 |
| Write Diff | | 0.00 |

## History/View

**History**

| Date | M Description | Check | Credit Amount | Debit Amount | Balance Refer |
|---|---|---|---|---|---|
| 02/15/2015 | x POS Payment | 0 | | 7.11 | 570.57 WAL |
| 02/06/2015 | x POS Payment | 0 | | 2.34 | 561.76 NEU |
| 02/06/2015 | x POS Payment | 0 | | 6.47 | 561.76 STR |
| 02/06/2015 | x POS Payment | 0 | | 10.00 | 180.75 STR |
| 02/06/2015 | x POS Payment | 0 | | | 371.01 Gbsc |
| 02/06/2015 | POS Payment | 0 | | 180.75 | 551.76 STR |
| 02/06/2015 | Force Pay Debit | 0 | | 10.00 | 361.01 REPL |
| 02/06/2015 | x Withdrawal | 0 | | 330.00 | 31.01 |
| 02/09/2015 | x POS Payment | 0 | | 2.58 | 28.43 TAC |
| 02/09/2015 | POS Payment | 0 | | 2.58 | 25.85 TAC |
| 02/09/2015 | POS Payment | 0 | | 4.95 | 10.90 TEE |
| 02/09/2015 | Recurring POS | 0 | | 14.95 | -4.05 TEE |

Date Last Statement: 03/03/2015

## STATEMENT

| | |
|---|---|
| **DATE** | 2/06/2015 |

TO  Kristi Dux

ADDRESS  154 Leona Lane

CITY  Mountain Home   STATE  TX   ZIP  78058

TERMS

AMOUNT PAID

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| DATE | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| 2/6/15 | 1½ hp Booster Pump | | | 1500⁰⁰ |
| | Labor & misc | | | 1100⁰⁰ |
| | fitting | | | 2600⁰⁰ |
| | payment — | | | 300⁰⁰ |
| | | | | 2300⁰⁰ |
| | 100⁰⁰ per month | | | |
| | for 23 months | | | |
| | ✓ paid 300. | | | |

Adams 9621





# Office DEPOT. OfficeMax®
## complimentary fax cover sheet

number of pages including cover sheet: 9

attention to: 4th Court          date: March 25th

company: _____          from: Kristi Nix

phone #: _____

company: _____

fax #: _____          senders phone #: 830-353-7387

comments: COA # 04-13-00569-CR

_____

_____

_____

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot Inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| local first page | long distance first page | international first page |
|---|---|---|
|  |  |  |
| 998100002423 | 998100002430 | 998100002447 |

| local additional page | long distance additional page | international additional page |
|---|---|---|
|  |  |  |
| 400247672907 | 400247655139 | 998100002454 |

depot|max store####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
servicescenter####@officemax.com

**OfficeMax®**

rev 2/6/14